**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALKDESK, INC., | Case No. 2:22-cv-05961-MCS-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW PHAM, | |
| Defendant. | |

It is ordered, adjudged, and decreed that judgment is entered in favor of Plaintiff Talkdesk, Inc., and against Defendant Andrew Pham on Talkdesk's claims for breach of contract, breach of fiduciary duty, fraudulent misrepresentation, fraudulent concealment, and negligent misrepresentation. Talkdesk shall recover from Pham monetary damages in the amount of $216,666.67, on which prejudgment interest at a 7 percent per annum rate has accrued since July 31, 2020, and postjudgment interest will accrue at the rate prescribed by 28 U.S.C. § 1961(a).

Talkdesk's claims for unjust enrichment, breach of the implied covenant of good faith and fair dealing, attempted extortion, and civil conspiracy are dismissed.

**IT IS SO ORDERED.**

Dated: August 9, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE